NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**NAZOMI COMMUNICATIONS, INC.,**
*Plaintiff-Appellant,*

v.

**NOKIA CORPORATION** AND **NOKIA, INC.,**
*Defendants-Appellees,*

AND

**AMAZON.COM, INC.,**
*Defendant-Appellee,*

AND

**VIZIO, INC.,**
*Defendant-Appellee,*

AND

**WESTERN DIGITAL CORPORATION,
WESTERN DIGITAL TECHNOLOGIES, INC.,**
AND **SLING MEDIA, INC.,**
*Defendants.*

---

2013-1514

---

Appeal from the United States District Court for the Northern District of California in No. 10-CV-4686, Senior Judge Ronald M. Whyte.

NAZOMI COMMUNICATIONS, INC. V. NOKIA CORPORATION        2

_____

## ON MOTION

_____

## O R D E R

Upon consideration of the parties' joint motion to dismiss this appeal,

IT IS ORDERED THAT:

(1)  The motion to dismiss is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

(3)  All pending motions are moot.

FOR THE COURT

/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s26

ISSUED AS A MANDATE: September 20, 2013